**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALFREDO GALDAMEZ, CARLOS MARBAN, ANGEL CAMPOVERDE, ABRAHAM RUIZ, TEODORO GALVAN, JOEL FLORES, ENRIQUE ZAMUDIO and MARIO VALDIVIDA,<br><br>              Plaintiffs,<br><br>    v.<br><br>CAPITAL GRILLE HOLDINGS, INC. d/b/a THE CAPITAL GRILLE, GMRI, INC. and DARDEN RESTAURANTS, INC.,<br><br>              Defendants. | Case No. 12 C 660<br><br>Judge Feinerman<br><br>Magistrate Judge Schenkier |

**VOLUNTARY STIPULATION OF DISMISSAL OF COUNT IX
(SECTION 1981 CLAIMS) OF ILLINOIS BASED PLAINTIFFS' COMPLAINT
*ONLY* AND *WITHOUT PREJUDICE***

Defendants having advised Plaintiffs of their intent to file a motion to stay and compel arbitration of Count IX of the Complaint, Plaintiffs Alfredo Galdamez, Carlos Marban, Angel Campoverde, Abraham Ruiz, Teodoro Galvan, Joel Flores, Enrique Zamudio and Mario Valdivida and Defendants, by and through their attorneys, hereby voluntarily stipulate to the dismissal of Count IX (individual claims arising under Section 1981 of the Civil Rights Act) of the Illinois-based Plaintiffs' Complaint *only and without prejudice*, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

              Respectfully submitted,

| | |
|---|---|
| s/Christopher J. Williams | s/Amy S. Ramsey |
| Christopher J. Williams | Amy S. Ramsey |
| Workers' Law Office, P.C. | LITTLER MENDELSON, P.C. |
| 401 S. LaSalle St., Ste. 1400 | 321 North Clark Street, Suite 1000 |
| Chicago, IL 60605 | Chicago, IL 60654 |
| Attorney for Plaintiffs | Attorney for Defendants |