# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Gary Feinerman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 660 | **DATE** | 10/15/2012 |
| **CASE TITLE** | Jones, et al. Vs. Capital Grille Holdings, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motions to stay the California and New York claims pending dispute resolution process [68] [71] are entered and continued. For the reasons stated in open court, the California claims (set forth in the California complaint, Doc. 35) are severed and transferred to the Central District of California. For the reasons stated in open court, the New York claims (set forth in the New York complaint, Doc. 34) are severed and transferred to the Southern District of New York. The Clerk is requested to effectuate the transfers forthwith, without regard to the presumptive fourteen-day period set forth in Local Rule 83.4.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|