

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

October 18, 2012

Clerk
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Room 181
Los Angeles, CA 90012-3332

RE: **Jones et al v. Capital Grille Holdings, Inc. d/b/a The Capital Grille, GMRI, Inc. and Darden Restaurants, Inc.**
Case No: **12cv660**

Dear Clerk:

Pursuant to the order entered by Judge Gary Feinerman, on October 15, 2012, the above record

■   was electronically transmitted to the USDC Central District of California.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                                     Sincerely yours,
                                                                     **Thomas G. Bruton, Clerk**


                                                                     By: Lisa K. Provine
                                                                          Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:      Non-ECF Attorneys and Pro se Parties