**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Carlos Marban, et al.

                                         Plaintiff,

v.                                             Case No.: 1:12−cv−00660
                                                           Honorable Gary Feinerman

Capital Grille Holdings, Inc., et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2013:

       MINUTE entry before Honorable Gary Feinerman:The remaining parties having filed a stipulation of dismissal without prejudice, all pending motions are denied as moot. Status hearing scheduled for 1/17/2013 [81] is stricken. Civil case closed. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.